# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-40999
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 21, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RUDY ALBERTO GONZALEZ-SANTOS, also known as Rudy Gonzales, also known as Ruiz Gonzales, also known as Michael Josue, also known as Rudy Santos, also known as Rudy Alberto Gonzalez,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:19-CR-886-1

Before DAVIS, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Rudy Alberto Gonzalez-Santos has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzalez-Santos has filed a response. We have reviewed counsel's brief and the relevant portions of the record

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reflected therein, as well as Gonzalez-Santos's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.